DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCIS JERIMIAH CORDARO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D20-432 and 4D20-437

[June 11, 2020]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case Nos. 312018CF001041A and 213019CF000630A.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Publlic Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***